PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

RECEIVED

# United States District Court

FOR THE

DISTRICT OF HAWAII

'07 FEB -2 P12:47

U.S. PROBATION OFFICE
HONOLULU, HAWAII

UNITED STATES OF AMERICA

v.

LISA GOMES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2007

at 3 o'clock and 10 min __M
SUE BEITIA, CLERK

Criminal No. CR 02-00389-01

It appearing that the period of probation expired on 1/12/2007, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

J. MARTIN ROMUALDEZ
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 31st day of January, 2007.

BARRY M. KURREN
U.S. Magistrate Judge